UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT O. ALLEN, JR., <br><br> Plaintiff <br><br> v. <br><br> MARIN ALFREDO CONTRERAS, et al., <br><br> Defendants. | Case No. 2:21-cv-07765-GW (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint [Dkt. 42], all relevant documents filed and lodged in this action, Plaintiff's motion for summary judgment [Dkt. 62] and all related briefing and evidence, Defendants' motion for summary judgment [Dkt. 95] and all related briefing and evidence, the Report and Recommendation of United States Magistrate Judge pertaining to both summary judgment motions [Dkt. 111, "Report"], and Plaintiff's Objections to the Report [Dkt. 112].  The time for filing any further Objection and or any Reply has passed, and none have been filed.  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

The Court has carefully considered the record and the parties' arguments, as well as the Report. Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: Plaintiff's motion for summary judgement [Dkt. 62] is DENIED; and Defendants' motion for summary judgment [Dkt. 95] is DENIED. The Court will issue additional Orders as is appropriate to govern further proceedings in this action.

**IT IS SO ORDERED.**

DATE: September 20, 2024

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE