UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HERBERT O. ALLEN | CASE NO. CV 21-7765-GW-GJSx |
| --- | --- |
| Plaintiff(s), | *Hon. George H. Wu – Ctrm. 9D*<br>*Hon. Mag. Gail J. Standish – Ctrm. 640* |
| v. | **ORDER** |
| MARIN CONTRERAS, ET AL. | |
| Defendant(s). | |

On July 14, 2025, case was called for a Pretrial Conference. DCA Rebecca E. Hunter makes her appearance for Defendants. No appearance is made by or on behalf of Plaintiff. The court set an Order to Show Cause Hearing re: Plaintiff's Notice of Voluntary Dismissal and continued the Pretrial Conference to July 18, 2025, at 8:30 a.m.

On July 18, 2025, case was called for Order to Show Cause. Counsel for Plaintiff did not appear. The Court conferred with DCA Rebecca E. Hunter, counsel for Defendants. For reasons stated on the record, the Court dismisses this action with prejudice as to all Defendants on all causes of action.

Each side is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 24, 2025

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE